**Opinion issued October 30, 2014**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-14-00065-CV

—————————————

**HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 11, Appellant**

**V.**

**NORTHSIDE INDUSTRIAL PARK, L.P., SCHROEDER PARTNERSHIP, LTD., AND SPEER-SCHROEDER PARTNERS, L.P., Appellees**

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2013-05394

## MEMORANDUM OPINION

The parties have filed an "Agreed Motion to Dismiss" this appeal, informing

the Court that they have "resolved the issues before the Court and no longer wish

to pursue the litigation." *See* TEX. R. APP. P. 42.1(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Massengale.